FILED
2011 Nov-15  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MERRI DARLENE TERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-G-1482-W |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

The plaintiff, Merri Darlene Terry, brings this action seeking judicial review of a final adverse decision of the Commissioner of the Social Security Administration (the Commissioner) denying her application for Social Security Benefits. Merri Darlene Terry filed an application for Social Security Benefits. Thereafter, plaintiff timely pursued and exhausted the administrative remedies available before the Commissioner. Accordingly, this case is now ripe for judicial review pursuant to the provisions of section 205(g) of the Social Security Act (the Act), 42 U.S.C. § 405(g).

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether proper legal standards were applied. Bloodsworth v. Heckler, 703 F.2d 1233, 1239 (11th Cir. 1983). To that end this court "must scrutinize the record as a whole to determine if the decision reached is reasonable and supported by substantial evidence." Bloodsworth, at 1239 (citations omitted). Substantial

evidence is "such relevant evidence as a reasonable person would accept as adequate to support a conclusion."  <u>Bloodsworth</u>, at 1239.  The court has carefully reviewed the entire record in this case and is of the opinion that the Commissioner's decision is supported by substantial evidence and that proper legal standards were applied in reaching that decision.

The ALJ refused to credit the plaintiff's allegation of daily non-migraine headaches with pain at a level of 7 out of 10.  The ALJ found that the medical record did not support the presence of such headaches after the date the ALJ found the plaintiff's disability ceased (September 28, 2011.)  A review of the medical records show that this finding was reasonable and supported by substantial evidence.  The ALJ also found the plaintiff's migraine headaches occurred infrequently after September 28, 2007, and, therefore, were not disabling.  The ALJ relied upon the plaintiff's testimony at her hearing (that she had migraine headaches about every two to four months) and the lack of documented migraine headaches in the medical records after 2007 to find the plaintiff's migraine headaches were no longer at a disabling level after September 28, 2007.  This finding is reasonable and supported by substantial evidence.  Accordingly, the decision of the Commissioner must be affirmed.

A separate order in conformity with this memorandum opinion will be entered.

DONE and ORDERED 15 November 2011.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.